IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MOSLEY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-2996** |
| | : | |
| **CHRISTOPHER BAGNATO,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 20th day of September 2023, upon consideration of Plaintiff James Mosley's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**MIA R. PEREZ, J.**